**Deborah L. DAVIS, Plaintiff–Appellant,**

v.

**OYSTER BAY–EAST, Norwich School District, Oyster Bay–East, Norwich Central School Board, George J. Chesterton, in his official and individual capacity, Rebecca Quarm, in her official and individual capacity and Allison Brown, in her official and individual capacity, Defendants–Appellees.**

No. 06–1770.

United States Court of Appeals, Second Circuit.

March 28, 2007.

Scott Korenbaum, Law Offices of Frederick K. Brewington, Hempstead, NY, for Appellant.

Steven Verveniotis, Miranda Sokoloff Sambursky Slone Verveniotis LLP (Adam I. Kleinberg, of counsel), Mineola, NY, for Appellee.

PRESENT: Hon. ROBERT D. SACK, Hon. BARRINGTON D. PARKER, Hon. PETER W. HALL, Circuit Judges.

## SUMMARY ORDER

We assume that the parties and counsel are familiar with the facts and the procedural history of this case, and the scope of the issues presented on appeal.

Plaintiff-appellant Deborah L. Davis appeals from an opinion and order of the district court granting the defendants' motion for summary judgment. *See Davis v. Oyster Bay–East, Norwich Cent. Sch. Dist.*, No. 03 Civ. 1372, 2006 WL 657038, 2006 U.S.Dist. LEXIS 82914 (E.D.N.Y. Mar. 9, 2006). Davis had alleged in her complaint that the defendants violated her rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, 42 U.S.C. §§ 1981, 1983, 1985 and 1986, the New York State Human Rights Law § 295 *et seq.*, and breach of contract.

Upon careful review of the record and arguments of counsel, we hereby AFFIRM the judgment of the district court for sub-

stantially the reasons set forth in its opinion.